# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MARK BRYSON**                                                             **CIVIL ACTION**

**VERSUS**                                                                         **NO. 09-554**

**STATE FARM FIRE AND CASUALTY**                              **SECTION "N" (3)**
**INSURANCE COMPANY**

## REPORT AND RECOMMENDATION

Before the Court is defendant's Motion to Enforce Settlement Agreement [Doc. #20]. The District Court referred the motion to this Court on November 17, 2010 [Doc. #23], and this Court originally set the motion for oral hearing on December 15, 2010 [Doc. #24]. No party has filed an opposition to the motion in accordance with the Local Rules of this Court. The District Court entered an order dismissing this lawsuit on March 12, 2010 after the parties notified it that the lawsuit had settled. No party has moved to re-open the lawsuit. Having reviewed the motion and finding that it has merit,

**IT IS RECOMMENDED** that defendant's Motion to Enforce Settlement Agreement [Doc. #20] be GRANTED.

**IT IS FURTHER RECOMMENDED** that any costs associated with bringing the motion before the Court be DENIED.

**IT IS FURTHER ORDERED** that the oral hearing previously set on December 15, 2010 is CANCELLED.

New Orleans, Louisiana this 14th day of December, 2010.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**