UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK BRYSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-554** |
| **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY** | **SECTION "N" (3)** |

### ORDER

The Court, having considered the memoranda, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that defendant's Motion to Enforce Settlement Agreement [Doc. #20] is GRANTED.

**IT IS FURTHER ORDERED** that any costs associated with bringing the motion before the Court is DENIED.

New Orleans, Louisiana this ____ day of _____, 2010.

UNITED STATES DISTRICT JUDGE