UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK BRYSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-554** |
| **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY** | **SECTION "N" (3)** |

### ORDER

The Court, having considered the memoranda, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that defendant's Motion for Judgment of Contempt and Dismissal [Doc. #28] is GRANTED IN PART as outlined in the Report and Recommendation.

**IT IS FURTHER ORDERED** that plaintiff's counsel's Motion to Withdraw as Counsel of Record Without Substitution [Doc. #30] is GRANTED.

New Orleans, Louisiana this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE